# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2452
Lower Tribunal No. CF-21-908

_____

DEANDRAE LEON GARY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
J. Kevin Abdoney, Judge.

June 28, 2024

PER CURIAM.

AFFIRMED. *See Steiger v. State*, 328 So. 3d 926, 928 (Fla. 2021) (holding that section 924.051(3), Florida Statutes (2020), which prohibits raising an unpreserved claim of error absent an allegation and showing of fundamental error, precludes appellate review of unpreserved claims of ineffective assistance of trial counsel on direct appeal).

WHITE and BROWNLEE, JJ., and LAMBERT, B.D., Associate Judge, concur.

Jonathan E. Mills, Orlando, for Appellant.

Ashley Moody, Attorney General, Tallahassee, David Campbell, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED